STATE OF OREGON,
*Respondent,*

*v.*

DENNIS ELLSWORTH DAVIDSON,
*Appellant.*

(91-1912, 92-226; CA A75208)

855 P2d 1171

David E. Groom, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Deits and Edmonds, Judges.

PER CURIAM

Affirmed. ORS 138.222(2)(d); *State v. Adams*, 315 Or 359, 847 P2d 397 (1993); *State v. Tanner*, 121 Or App 104, 854 P2d 941 (1993); *State v. Kilborn*, 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston*, 120 Or App 165, 851 P2d 1156 (1993).